UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEILA R. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 12 C 1750 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Denlow |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

## COMMISSIONER'S MOTION TO AFFIRM THE COMMISSIONER'S DECISION

Defendant, Michael J. Astrue, Commissioner of Social Security, by Gary S. Shapiro, Acting United States Attorney for the Northern District of Illinois, moves pursuant to 42 U.S.C. § 405(g), for judgment to be entered affirming the Commissioner's decision.

A memorandum in support is filed with this motion.

                Respectfully submitted,

                GARY S. SHAPIRO
                Acting United States Attorney

                By: s/ Samuel S. Miller
                    SAMUEL S. MILLER
                    Assistant United States Attorney
                    219 South Dearborn Street
                    Chicago, Illinois 60604
                    (312) 886-9083
                    samuel.s.miller@usdoj.gov